# THE LAW OFFICE OF MARKUS BRAKHAN

| | | |
|---|---|---|
| **VERMONT**<br>P.O. Box 5851<br>44 Church Street, Suite 1<br>Burlington, VT 05402-5851<br>Voice: (802) 660-8210<br>Fax: (802) 660-8211 | http://sover.net/~brakhanm/index.html<br>brakhanm@sover.net<br><br>March 26, 2003 | **WYOMING**<br>P.O. Box 4761<br>480 Henley Road<br>Jackson, WY 83001-4761<br>Voice: (307) 734-9650<br>Fax: (307) 734-9651 |

Richard Paul Wasko, Clerk
United States District Court
P.O. Box 945
Burlington, VT  05402-0945


Re:    Macia v. Microsoft Corporation, Intuit, Inc. & Meca Software, LLC
        Civil Case No. 2:00 - CV - 299
        Catamount's Reply to Microsoft's Reply in Support of
        Microsoft's Motion for Summary Judgment

Respond to:    Vermont


Dear Mr. Wasko:

    Enclosed please find for filing the following document:

**COMPREHENSIVE TABLE OF CASES REFERENCED BY DOCUMENT FOR MICROSOFT'S MOTION FOR SUMMARY JUDGMENT**

    This Document was prepared for the Court's convenience in referencing precisely when certain cases were introduced as authority in Microsoft's Motion for Summary Judgment. Please note that Microsoft introduced ten (10) *new* cases in its Reply Memorandum.

    Please do not hesitate to contact me if you should have any questions about this document.

    Thank you for your attention to this matter.

                                      Sincerely,

                                      Markus Brakhan, Esq.

Enc:    as listed above
Cc:    David Putter, Esq.
        H. Macia, Catamount Software
        J. Brown, Esq. - Pattishall, McAuliffe, et al
        J. Sartore, Esq. - Paul, Frank & Collins

**COMPREHENSIVE TABLE OF CASES
REFERENCED BY DOCUMENT
FOR MICROSOFT'S MOTION FOR SUMMARY JUDGMENT**

10 Cases Newly Cited by Microsoft in its Reply Memorandum in **Bold**

| CASE | MS MSJ | HM RES | MS REP | HM REP |
|---|---|---|---|---|
| Alderman v. Iditarod Properties, Inc., 332 P.2d 373 (Alaska 2001) |  | X |  |  |
| Ale House Management. Inc. v. Raleigh Ale House. Inc., 205 F.3d 137, 141 (4th Cir. 2000) | X |  |  |  |
| American Cyanamid v. Connaught Laboratories. Inc., 800 F.2d 306,308 (2nd Cir. 1986) | X |  | X | X |
| American Express Co. v. CFK, Inc., 947 F.Supp. 310,318 (E.D.Mich.1996) | X |  |  |  |
| Ameritech, Inc. v. American Information Technologies Corp., 960 F.2d 960 (2nd Cir. 1987) |  | X |  |  |
| Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 257 (1986) | X |  |  |  |
| Arrow Fastener Co. v. The Stanley Works, 59 F.3d 384,397-98 (2nd Cir. 1998) | X |  |  |  |
| Avent America, Inc. v. Playtex Prod.s, Inc., 68 F.Supp.2d 920,. 930, N.D.Ill. 1999) |  |  |  | X in FN |
| Banff. Ltd. v. Federated Dept. Stores, Inc., 841 F.2d 486 (2nd Cir. 1988) | X | X |  |  |
| Big O Tire Dealers, Inc. v. Goodyear Tire & Rubber Corp., 408 F. Supp. 1219 (D. Colo. 1976), aff'd as modified, 561 F.2d 1365 (10th Cir. 1977) | X | X | X | X |
| Blue Bell Bio-Medical v. Cin-Bad, Inc., 864 F.2d 1253,1261 (5th Cir. 1989) | X |  |  |  |
| Brattleboro Publishing Co. v. Winmill Publishing Corp., 250 F.Supp. 215 (D.Vt.), aff'd, 369 F.2d (2nd Cir. 1966) | X |  |  |  |

| Case | | | | |
|---|---|---|---|---|
| Bristol-Myers Squibb Co. v. McNeil-P.P.C., Inc., 973 F.2d 1033, 1039-1041 (2nd Cir. 1992) | X | | X | |
| Celotex Com. v. Catrett, 477 U.S. 317,323 (1986) | X | | | |
| Children's Factory.Inc. v. Benee's Toys.Inc., 160 F.3d 489 (8th Cir. 1998) | X | | | |
| Circuit City Stores, Inc. v. CarMax, Inc., 165 F.3d 1047 (6th Cir. 1999) | | X | | |
| Computer Assoc.s Int'l. Inc. v. AJV Comp. Data Mgmt, Inc., 889 F.Supp. 630,636 (E.D.N.Y. 1995) | X | | | |
| **Cumberland Packing Corp. v. Monsanto Co., et al., 140 F. Supp. 2d 241 (E.D.N.Y. 2001)** | | | X | X in FN |
| Cunningham v. Laser Golf Corp., 222 F.3d 943 (Fed. Cir. 2000) | X | | X | |
| **Declemente v. Columbia Pictures Industries, Inc., 860 F. Supp. 30 (E.D.N.Y. 1994)** | | | X | |
| Duluth New-Tribune v. Mesabi Publ'g Co., 84 F.3d 1093 (8th Cir. 1993) | | | X | X |
| Ernst Hardware Co. v. Ernst Home Center, Inc., 895 P.2d 1363 (Or.App. 1995) | | X | | |
| **Financial Matters, Inc. v. Pepsico, Inc., 1993 U.S. Dist. LEXIS 13294 (S.D.N.Y. 1993)** | | | X | |
| **Fox-Stanley Photo Products, Inc. v. Otaguro, 339 F. Supp. 1293 (D. Mass. 1972)** | | | X | |
| Fun-Damental Too, Ltd. v. Gemmy Ind. Corp., 111 F.3d 993 (2nd Cir. 1997) | | | | X |
| General Mills, Inc. v. Kellogg Co., 824 F.2d 622 (8th Cir. 1987) | X | | | |
| Gruner + Jahr USA Publishing v. Meredith Corp., 991 F.2d 1072 (2nd Cir. 1995) | X | | | |
| Harlem Wizards Entertainment Basketball, Inc. v. NBA Properties. Inc., 952 F.Supp. 1084 (D.N.J. 1997) | X | | X | X |
| Illinois High School Assoc. v. GTE Vantage Inc., 99 F.3d 244 (7th Cir. 1996) cert. denied, 519 U.S. 1150 (1997) | X | X | | |

| | | | | |
|---|---|---|---|---|
| In re EBS Data Processing. Inc., 212 U.S.P.Q. 964,966 (TTAB 1981) | X | X | X | |
| **J & J SnackFoods, Corp. v. The Earthgrains Co., 220 F. Supp. 2d 358 (D.N.J. 2002)** | | | X | X |
| James Cleary v. News Corp., 30 F.3d 1255 (9th Cir. 1994) | X | | | |
| Johnson Publ'g Co..lnc. v. Etched-In-Ebony. Inc., 213 U.S.P.Q. 995 (Dist. Ct. D.C. 1981) | X | | | |
| **King of the Mountain Sports, Inc. v. Chrysler Corp. et al., 185 F.3d 1084 (10th Cir. 1999)** | | | X | X |
| King-Size v. Frank's King Size Clothes, Inc., 547 F.Supp. 1138 (N.D.Ill. 1982) | X | | | |
| Lang v. Retirement Living Publishing Co., Inc., 949 F.2d 576 (2nd Cir. 1991) | X | | X | X |
| L.F. Gaubert v. Inst. of Elect. & Electronics Eng'rs, 563 F.Supp. 122 (E.D. La. 1983) | X | | | |
| Lois Sportswear USA, Inc. v. Levi Strauss & Co., 799 F.2d 867 (2nd Cir. 1986) | | | | X |
| Luigino's. Inc. v. Stouffer Corp., 170 F.3d 827 (8th Cir. 1999) | X | | | |
| Maternally Yours, Inc., v. Your Maternity Shop, Inc., 234 F.2d 538, 110 U.S.P.Q. 462 (2nd Cir. 1956) | | X | | |
| **M.B.H. Enterprises, Inc. v. Woky, Inc., 633 F.2d 50 (7th Cir. 1980)** | | | X | |
| Merriam-Webster, Inc. v. Random House, Inc., 35 F.3d 65 (2nd Cir. 1994) | X | | X | X |
| Nabisco v. Warner-Lambert Co., 220 F.3d 43 (2nd Cir. 2000) | X | | X | |
| Nat'l Distillers Prod.s Co. v. Refreshment Brands, Inc., 198 F.Supp.2d 474 (S.D.N.Y. 2002) | | | | X in FN |
| Nat'l Inf. Corp. v. Kiplinger Wash. Editors, 771 F.Supp. 460 (D.Col. 1991) | X | | | |
| Nature's Bounty, Inc. v. SuperX Drugs Corp., 490 F. Supp. 50 (E.D.N.Y. 1980) | | X | | |

| Case | | | | |
|---|---|---|---|---|
| **Nora Beverages v. Perrier Group of America,** 269 F.3d 114 (2nd Cir. 2001) | | | X | X |
| Papercutter, Inc. v. Fay's Drug Co., Inc, 900 F.2d 558 (2nd Cir. 1990) | | | X | |
| Park 'n Fly, Inc. v. Dollar Park and Fly, Inc., 469 U.S. 189, 93 L.Ed.2d 582, 105 S. Ct. 658 (1985) | | X | | |
| Pilates v. Current Concepts, Inc., 120 F.Supp.2d 286, 304 (S.D.N.Y. 2000) | | | | X in FN |
| Polaroid Corp. v. Polarad Electronics Corp., 287 F.2d 492 (2nd Cir.), cert. denied, 368 U.S. 820 (1961) | X | X | X | X |
| Prime Media, Inc. v. Primedia, Inc., 33 F. Supp. 2d 932 (D. Kan. 1998) | X | | X | X |
| Russian Kurier, Inc. v. Russian American Kurier, Inc., 899 F.Supp.1204 (S.D.N.Y. 1995) | | X | | |
| Small Business Assistance Corp. v. Clear Channel Broadcasting. Inc.. et.al., 210 F.3d 278 (5th Cir. 2000) | X | | X | X |
| **St. Clair v. Johnny's Oyster & Shrimp Inc., 76 F. Supp. 2d 773 (S.D. Tex. 1999)** | | | X | X |
| **Sterling Acceptance Corp. v. Tommark, Inc., 227 F. Supp. 2d 454 (D. Md. 2002)** | | | X | |
| Streetwise Maps. Inc. v. Vandam, Inc., 159 F.3d 739 (2nd Cir. 1998) | X | | X | X |
| Time Inc. v. Petersen Publishing Co., L.L.C., 976 F.Supp. 263 (S.D.N.Y. 1997) | X | | | |
| Trade-Mark Cases, 100 U.S. 82, 25 L.Ed. 550 (1879) | | X | | |
| Urecal Corp. v. Masters 413 F.Supp. 873,876 (N.D.Ill.1976) | X | X | | |
| Vermont Motor Company v. Monk, 75 A.2d 671,673 (Vt. 1950), quoting, Middletown Trust Co. v. Middletown National Bank, 147 A. 22 | X | | | |
| W.W.W. Pharmaceutical Co., Inc. v. Gillette Co., 984 F.2d 567 (2nd Cir. 1993) | X | | | |

| | | | | |
|---|---|---|---|---|
| Wykoff. Seamans & Benedict v. Howe Scle Co. of 1886, 122 F. 348,353 (C.C.A.2 (Vt.), 58 C.C.C.A. 510, rev'd, 198 U.S. 118 (1905) | X | | | |
| Wyndham Co. v. Wyndham Hotel Co., 670 N.Y.S. 2d 995 (Sup. N.Y. 1997) | | X | | |